JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH FLAUNDERS,

Petitioner,

v.

DEBORAH ASUNCION, Warden,

Respondent.

CASE NO. CV 18-211-JLS (PJW)

**JUDGMENT**

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 1, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE